■ In the Matter of KENNETH GREENE, Petitioner, v GARY FILION, as Superintendent of Marcy Correctional Facility, Respondent. [710 NYS2d 276] —Proceeding unanimously dismissed without costs as moot (*see, Matter of Free v Coombe,* 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Oneida County, Murad, J.) Present—Pigott, Jr., P. J., Pine, Hurlbutt and Lawton, JJ.